UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA FLEMING,

    Plaintiff,

v.                                                    CASE NO: 8:11-cv-338-T-26MAP

PALISADED COLLECTION, LLC and
RUBIN & ROTHMAN, LLC,

    Defendants.
_____/

**O R D E R**

    Pending before the Court is Defendant Rubin & Rothman, LLC's motion to dismiss for improper venue.[1] Plaintiff has responded by agreeing that venue was improperly laid in this Court and by requesting that the case not be dismissed but instead transferred to the United States District Court for the Eastern District of New York.[2] Neither Defendant objects to this request.[3] Accordingly, it is ordered and adjudged as follows:

    1) Defendant Rubin & Rothman, LLC's Motion to Dismiss for Improper Venue (Dkt. 16) is denied as moot.

---

[1] See docket 16.

[2] See docket 19.

[3] See dockets 21 and 22.

2) The Clerk is directed to transfer this case to the United States District Court for the Eastern District of New York and to close the case following transfer.

**DONE AND ORDERED** at Tampa, Florida, on May 27, 2011.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record